# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

### Title

| | |
|---|---|
| Title of Work: | The Company You Keep |
| Nature of Work: | Motion Picture |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |

### Author

| | |
|---|---|
| Author: | TCYK, LLC |
| Author Created: | Producer of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

### Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TCYK, LLC |
| | 6360 Deep Dell Pl, Los Angeles, CA, 90068 |
| Transfer Statement: | By Written Agreement |

### Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | A Novel; A Screenplay |
| Previously registered: | No |
| Previous registration and year: | PAu 3 578-816   2011 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Added Principal Photography, Music, Effects, Etc. |

### Certification

| | |
|---|---|
| Name: | Nicholas Chartier |
| Date: | October 17, 2012 |

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | city |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 76.29.28.125 | 2D5554333231302DB66DFF80EF76274803830B87 | µTorrent 3.2.1 | 04/14/2013 11:58:29 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Niles |
| 2 | 69.137.246.156 | 2D4243303133312D9BA101FA74C0E0E65284BD12 | BitComet 1.31 | 04/14/2013 11:46:42 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 3 | 98.213.180.150 | 2D554D313833302D9272A3A43E6460541D312901 | µTorrent Mac 1.8.3 | 04/14/2013 11:39:20 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 4 | 67.184.187.165 | 2D5554333233302D217030691F12B25E4F9F4EC9 | µTorrent 3.2.3 | 04/14/2013 11:40:10 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Villa |
| 5 | 24.1.50.126 | 4D372D372D332D2D2270FEB2DA91ADE5D946BD83 | BitTorrent 7.7.3 | 04/14/2013 11:33:35 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oswego |
| 6 | 76.29.68.142 | 2D5554333232302D546F8BA0BA6A902FF82164C4 | µTorrent 3.2.2 | 04/14/2013 11:32:36 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Cicero |
| 7 | 50.148.38.55 | 2D554D313834302D0673EC45676C1F50AE76D2E3 | µTorrent Mac 1.8.4 | 04/14/2013 11:32:15 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 8 | 98.213.138.253 | 2D5554333232302D546FEDCD6129E7B02CAB049D | µTorrent 3.2.2 | 04/14/2013 11:28:43 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 9 | 98.213.82.150 | 2D415A343930302D48386374564C694A45666749 | Vuze 4.9.0.0 | 04/14/2013 11:29:07 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 10 | 67.173.71.93 | 2D554D3115536422DF46379532055E70B7EAF62DE | µTorrent Mac 1.5.6 (Beta) | 04/14/2013 11:21:28 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 11 | 71.201.158.213 | 2D5554333330302D68731A7AC906B8F904DBF75E | µTorrent 3.3.0 | 04/14/2013 11:18:51 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 12 | 24.1.32.189 | 2D554D3135313230D06706C2B3F921FE9A147661 | µTorrent Mac 1.5.12 | 04/14/2013 10:58:38 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Justice |
| 13 | 98.253.213.191 | 2D5554333230302DEE6CF1B4BAC8D3D1A631F78D | µTorrent 3.2.0 | 04/14/2013 11:00:41 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Schiller Park |
| 14 | 98.222.248.203 | 4D372D362D302D2D8C682B9F6DBEBB7A23F15DC5 | BitTorrent 7.6.0 | 04/14/2013 10:54:21 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 15 | 68.51.85.128 | 2D5554333233302D21706885942126F2BCE79C24 | µTorrent 3.2.3 | 04/14/2013 10:51:07 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Round Lake |
| 16 | 24.12.195.180 | 2D5554333330302D5D7384E37AC440550FADF604 | µTorrent 3.3.0 | 04/14/2013 10:45:40 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Wilmette |
| 17 | 69.246.198.192 | 2D5554333330302D687320A64A25D409F3B69050 | µTorrent 3.3.0 | 04/14/2013 10:42:30 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Plainfield |
| 18 | 64.53.153.108 | 2D415A343930302D63495A754679354C56654D77 | Vuze 4.9.0.0 | 04/14/2013 10:24:13 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Chicago |
| 19 | 24.1.35.148 | 2D5554333232302DB36F828CE0E22C6CC2F8BF22 | µTorrent 3.2.2 | 04/14/2013 10:12:56 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Addison |
| 20 | 24.15.121.128 | 2D415A343831322D32516E69333278646C54516B | Vuze 4.8.1.2 | 04/14/2013 10:12:01 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Romeoville |
| 21 | 98.212.9.175 | 2D5554333233302D2170F4A0D6F2560FC08B726F | µTorrent 3.2.3 | 04/14/2013 10:08:38 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 22 | 67.162.28.100 | 2D5554333233302D2170F7F35E50D7312D452675 | µTorrent 3.2.3 | 04/14/2013 09:59:50 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Dekalb |
| 23 | 68.53.176.182 | 2D5554333233302D2170F43631E428F9BCD25C5B | µTorrent 3.2.3 | 04/14/2013 10:00:33 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 24 | 24.13.38.67 | 2D5554333133302DBF6AF88236AD41D80A917241 | µTorrent 3.1.3 | 04/14/2013 10:00:27 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenview |
| 25 | 71.194.17.147 | 2D5554333330422DD3706009384E5A6F9FB6F2D5 | µTorrent 3.3.0 (Beta) | 04/14/2013 09:55:43 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Villa Park |
| 26 | 98.228.154.127 | 2D415A343830302D6F474372706F444C55566E66 | Vuze 4.8.0.0 | 04/14/2013 09:44:41 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Crystal Lake |
| 27 | 98.253.48.255 | 2D5554333130302DF867C65154C3866F594365F4 | µTorrent 3.1.0 | 04/14/2013 09:43:19 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rock Falls |
| 28 | 67.175.112.126 | 2D5554333330302D6E71F42A29DDD11B1C7AC015 | µTorrent 3.3.0 | 04/14/2013 09:41:36 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | La Grange |
| 29 | 24.15.249.99 | 2D415A343930302D4256434150326549775060D62 | Vuze 4.9.0.0 | 04/14/2013 09:40:02 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elk Grove Village |
| 30 | 67.163.30.169 | 2D5554333330302DC67147E27A7E479DC1C1AA1F | µTorrent 3.3.0 | 04/14/2013 09:37:50 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Downers Grove |
| 31 | 67.173.41.209 | 2D5554333330302D9E724551EDC4A5E96DDB744E | µTorrent 3.3.0 | 04/14/2013 09:36:59 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lombard |
| 32 | 67.176.132.126 | 2D5554333330302D68736FAD867FCCCE82047FE6 | µTorrent 3.3.0 | 04/14/2013 09:35:56 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Winnetka |
| 33 | 69.246.199.222 | 2D554D313832302D5B714970C4B272D7E58569B2 | µTorrent Mac 1.8.2 | 04/14/2013 09:37:38 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Romeoville |
| 34 | 98.228.116.165 | 4D372D362D312D2DC06A12F7DA137B0EB0391AC8 | BitTorrent 7.6.1 | 04/14/2013 09:35:05 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mount Prospect |
| 35 | 67.173.51.222 | 2D5554333233302D21705DA9817B73E410320372 | µTorrent 3.2.3 | 04/14/2013 09:29:22 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |

| # | IP | Hash | Client | Date/Time | Title | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 71.239.77.239 | 2D5554333233302D2170087B9037FC2D3E277464 | µTorrent 3.2.3 | 04/14/2013 09:26:09 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 37 | 50.141.139.238 | 2D5554333233302D2170310FE260E81C1A0250CA | µTorrent 3.2.3 | 04/14/2013 09:22:35 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Yorkville |
| 38 | 50.140.146.78 | 2D5554333330302D0687326D24A05EF7BC87DD8EE | µTorrent 3.3.0 | 04/14/2013 09:21:28 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 39 | 67.162.17.2 | 2D415A343930302D0717238434B524C7133754D58 | Vuze 4.9.0.0 | 04/14/2013 09:23:28 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rock Falls |
| 40 | 67.167.123.1 | 2D415A343930302D71346954727353365551524E | Vuze 4.9.0.0 | 04/14/2013 09:09:44 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glen Ellyn |
| 41 | 71.201.242.26 | 4D372D382D302D2D6973EB6C54240A8A53D5AAF3 | BitTorrent 7.8.0 | 04/14/2013 09:06:34 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Romeoville |
| 42 | 98.213.29.43 | 2D415A343831322D484732655345696A73624F6C | Vuze 4.8.1.2 | 04/14/2013 09:04:14 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Peru |
| 43 | 24.1.57.43 | 4D372D372D332D2D2270B64D1C0C972973041C74 | BitTorrent 7.7.3 | 04/14/2013 09:00:10 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 44 | 76.29.19.159 | 2D5554333233302D21707AC1D594F6E7EC865245 | µTorrent 3.2.3 | 04/14/2013 08:41:15 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Morton Grove |
| 45 | 71.239.245.157 | 2D5554333233302D2170B948FF08E649EA706676 | µTorrent 3.2.3 | 04/14/2013 08:30:40 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Niles |
| 46 | 98.226.154.173 | 2D5554333233302D2170DECAA5A41EEB8C33A354 | µTorrent 3.2.3 | 04/14/2013 08:33:26 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 47 | 64.53.175.7 | 4D372D372D332D2D227042356F995F869334793E | BitTorrent 7.7.3 | 04/14/2013 08:27:03 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Chicago |
| 48 | 71.239.21.64 | 2D4D47323108302D5739297E2A53584C7A424D44 | MediaGet 2.01 | 04/14/2013 08:27:03 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Fox Lake |
| 49 | 76.16.1.240 | 2D5554333330302D16731FE0281AF19A471DF086 | µTorrent 3.3.0 | 04/14/2013 08:23:54 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Downers Grove |
| 50 | 24.13.53.27 | 2D415A343831322D667876526A496A6694B714244 | Vuze 4.8.1.2 | 04/14/2013 08:25:49 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 51 | 24.14.86.196 | 2D415A343930302D616C417868695A4E6F326C46 | Vuze 4.9.0.0 | 04/14/2013 08:15:58 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Aurora |
| 52 | 98.206.230.42 | 2D5554333132302D696858EB28DF6C53D6429319 | µTorrent 3.1.2 | 04/14/2013 08:13:26 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bellwood |
| 53 | 98.226.245.229 | 2D5554333233302D2170F7DF12559B2227D08513 | µTorrent 3.2.3 | 04/14/2013 08:07:10 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Wilmette |
| 54 | 98.213.87.222 | 2D5554323231302D2A629B2F1A5CA6E74B0598D3 | µTorrent 2.2.1 | 04/14/2013 07:56:03 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 55 | 98.223.145.90 | 2D5554333233302D217045B440CB079155F5260E | µTorrent 3.2.3 | 04/14/2013 07:51:05 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 56 | 98.228.166.117 | 2D5554333330302D68739D05FE85EC3284C216EE | µTorrent 3.3.0 | 04/14/2013 07:49:48 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Westchester |
| 57 | 98.193.21.152 | 2D5554323231302DD662D49713EA620A39A13AD8 | µTorrent 2.2.1 | 04/14/2013 07:33:30 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 58 | 71.239.203.112 | 2D4C54304630302D686C74526836314965506272 | libtorrent (Rasterbar) 0.15.0 | 04/14/2013 07:36:07 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Dolton |
| 59 | 98.213.209.225 | 2D5554333230302DB06B22F10C487A805436927A | µTorrent 3.2.0 | 04/14/2013 07:28:46 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 60 | 98.226.231.104 | 2D415A343930302D4E744872307A476D32343750 | Vuze 4.9.0.0 | 04/14/2013 07:30:54 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 61 | 98.227.242.27 | 2D4C54304630302D6B3476594D77614656475959 | libtorrent (Rasterbar) 0.15.0 | 04/14/2013 07:21:22 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Richton Park |
| 62 | 98.193.46.193 | 2D415A343730322D6849746A6974724D474F746D | Vuze 4.7.0.2 | 04/14/2013 07:19:57 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Park Ridge |
| 63 | 67.175.228.10 | 2D554D313030302D0354F7B683B5DFB1FB21364AD | µTorrent Mac 1.0.0 | 04/14/2013 07:17:09 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Zurich |
| 64 | 71.201.108.131 | 2D5554333330302D687384BA94DCEDD9C70272B1 | µTorrent 3.3.0 | 04/14/2013 07:13:03 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Woodstock |
| 65 | 67.173.56.223 | 2D415A343930302D52636675794B354B73393757 | Vuze 4.9.0.0 | 04/14/2013 07:11:17 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Sterling |
| 66 | 50.77.179.74 | 2D5554333231302D866D680DA6A376A36F266A97 | µTorrent 3.2.1 | 04/14/2013 06:58:42 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Business Communications | Illinois | Chicago |
| 67 | 67.167.26.90 | 4D372D322D302D2D245C72158554B4F053AD7637 | BitTorrent 7.2.0 | 04/14/2013 06:54:24 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Palos Hills |
| 68 | 98.253.53.37 | 2D5554313834302DAD3F8DEE6BDD53A8E285F0246 | µTorrent 1.8.4 | 04/14/2013 06:43:41 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rock Falls |
| 69 | 71.201.227.74 | 2D554D313833302D92726D0B848FC71B1468CFD7E9 | µTorrent Mac 1.8.3 | 04/14/2013 06:40:54 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Villa Park |
| 70 | 98.206.41.15 | 4D372D362D302D2D8C68A03F33DB66AABEFF4ACB | BitTorrent 7.6.0 | 04/14/2013 06:37:09 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |

| # | IP | Hash | Client | Date/Time | Title | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 71 | 24.12.9.166 | 4D372D312D302D2D8956D45B3E259EA0EA076D49 | BitTorrent 7.1.0 | 04/14/2013 06:22:29 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 72 | 24.1.254.60 | 2D415A343930302D536975785830676A70437256 | Vuze 4.9.0.0 | 04/14/2013 06:25:35 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Burbank |
| 73 | 98.227.80.46 | 2D5554313833302D2A3DA457F00DCBCC3A8F4E7D | µTorrent 1.8.3 | 04/14/2013 06:13:55 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 74 | 50.4.137.55 | 2D415A343930312D65386136787367774554 67345 | Vuze 4.9.0.1 | 04/14/2013 06:01:58 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Naperville |
| 75 | 24.14.203.124 | 2D5554333132302D8168783F1997E443DD49BF5E | µTorrent 3.1.2 | 04/14/2013 06:00:47 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Robbins |
| 76 | 98.206.132.86 | 2D415A343930302D6E4E75367775794748595356 | Vuze 4.9.0.0 | 04/14/2013 06:00:04 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 77 | 98.226.172.245 | 2D5554333233302D2170E867BDD353C2FACE9BAB | µTorrent 3.2.3 | 04/14/2013 05:55:35 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 78 | 98.228.165.215 | 2D4243303133332DD5B9A49074BD354462160682 | BitComet 1.33 | 04/14/2013 05:50:00 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Westchester |
| 79 | 71.201.94.81 | 2D5554333233302D2170AC2125FE403B03BF0C17 | µTorrent 3.2.3 | 04/14/2013 05:43:01 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Crystal Lake |
| 80 | 98.226.175.175 | 2D5554333233302D2170D305B7DBE73924B7ABCD | µTorrent 3.2.3 | 04/14/2013 05:40:08 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 81 | 50.129.189.149 | 2D5554333330302D6873AD81718972F1E8CA3272 | µTorrent 3.3.0 | 04/14/2013 05:41:44 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Buffalo Grove |
| 82 | 71.194.69.79 | 2D5554333230302DEE6C0FD3A6B385F07EF3C478 | µTorrent 3.2.0 | 04/14/2013 05:42:37 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 83 | 98.227.144.72 | 2D5554333330302D687360D102D5B1FF29538066 | µTorrent 3.3.0 | 04/14/2013 05:37:22 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Carpentersville |
| 84 | 24.14.92.217 | 2D415A343530342D5A3069733263684B78666463 | Vuze 4.5.0.4 | 04/14/2013 05:36:01 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oak Park |
| 85 | 98.213.62.111 | 2D5554333232302DB36F184F6725152489663E2D | µTorrent 3.2.2 | 04/14/2013 05:31:43 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Sterling |
| 86 | 98.206.137.212 | 2D5554333330302D68738335FE372328DD03BB50 | µTorrent 3.3.0 | 04/14/2013 05:30:23 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evanston |
| 87 | 50.148.4.122 | 4D372D322D302D2D005BA3F306C986211EAA36C6 | BitTorrent 7.2.0 | 04/14/2013 05:21:39 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bellwood |
| 88 | 50.151.54.87 | 2D5554333233302D2170F4E3F9725D39CBD3768B | µTorrent 3.2.3 | 04/14/2013 05:23:35 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 89 | 67.175.221.138 | 2D554D313833302D92725AEE4A2F41C61F8FDB8C | µTorrent Mac 1.8.3 | 04/14/2013 05:14:28 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Sycamore |
| 90 | 76.16.162.37 | 2D415A343930302D36737A6E4D347030685A4130 | Vuze 4.9.0.0 | 04/14/2013 05:13:23 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elmwood Park |
| 91 | 67.175.225.238 | 2D415A343930302D66696E49524C7A6C7A595876 | Vuze 4.9.0.0 | 04/14/2013 05:04:18 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elmwood Park |
| 92 | 71.239.230.66 | 2D5554333233302D2170D3C05AF8917076BEFC97 | µTorrent 3.2.3 | 04/14/2013 04:55:48 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Palatine |
| 93 | 67.162.76.59 | 2D4243303132362DEA8F08537D50928C911A68B0 | BitComet 1.26 | 04/14/2013 04:55:31 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 94 | 98.213.94.0 | 4D372D372D332D2D227086C3364CE51FB22C71D4 | BitTorrent 7.7.3 | 04/14/2013 04:51:06 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lansing |
| 95 | 98.214.29.71 | 2D4147323137312D576F384F7954735449653939 | Ares 2.1.7.1 | 04/14/2013 04:53:33 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Freeport |
| 96 | 98.227.93.137 | 2D5554323231302D2A628743E233FF94CA3A4EDA | µTorrent 2.2.1 | 04/14/2013 04:39:30 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Park Forest |
| 97 | 98.226.20.24 | 2D5554333233302D2170C3275A68424AE2013007 | µTorrent 3.2.3 | 04/14/2013 04:19:29 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Tinley Park |
| 98 | 98.193.79.149 | 2D5554333232302DB36F43EBACC997B6B92DDC64 | µTorrent 3.2.2 | 04/14/2013 04:18:34 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 99 | 50.158.11.20 | 2D415A343930302D4E5149516A53747949417943 | Vuze 4.9.0.0 | 04/14/2013 03:55:24 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Burbank |
| 100 | 67.175.169.134 | 2D5554323231302D2A624030D142585574BB34E0 | µTorrent 2.2.1 | 04/14/2013 03:50:09 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 101 | 50.44.54.126 | 4D372D372D332D2D2270CE6E161C856357394F20 | BitTorrent 7.7.3 | 04/14/2013 03:48:35 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Frontier Communications | Illinois | Hinckley |
| 102 | 67.173.25.2 | 2D4243303133332D2E7508C80BEBC57A7D3D15F6 | BitComet 1.33 | 04/14/2013 03:48:16 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Plainfield |
| 103 | 67.173.124.123 | 2D5554333231302DB66D9CA0B52AB064C949C29D | µTorrent 3.2.1 | 04/14/2013 03:42:16 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mchenry |
| 104 | 76.29.29.225 | 2D4243303132392D445894A39FE262362F936C03 | BitComet 1.29 | 04/14/2013 03:42:10 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Niles |
| 105 | 24.13.85.76 | 2D5554333330302DC6715D0468717092E7E8E4E9 | µTorrent 3.3.0 | 04/14/2013 03:35:48 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evanston |
| 106 | 50.158.77.98 | 4D372D362D312D2D406B5E59A0651D49B9FC3EE4 | BitTorrent 7.6.1 | 04/14/2013 03:34:02 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |

| # | IP Address | Hash (Hex) | Client | Date/Time | Title | Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 107 | 24.12.107.190 | 2D4B54343133302D337763554C416E7A704A3352 | KTorrent 4.1.3 | 04/14/2013 03:19:47 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 108 | 24.1.19.215 | 4D372D382D302D2D17739EB491A1C03597109E50 | BitTorrent 7.8.0 | 04/14/2013 03:24:09 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bolingbrook |
| 109 | 50.148.68.127 | 2D5554333231302D866DAE6FD335C3470421E932 | µTorrent 3.2.1 | 04/14/2013 03:14:05 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 110 | 67.162.108.43 | 2D5554333330422DF670C23FFD0F0BCD92EB2007 | µTorrent 3.3.0 (Beta) | 04/14/2013 03:03:26 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 111 | 69.246.254.251 | 2D5554333030302D69673FDFBD3E25FD24778910 | µTorrent 3.0.0 | 04/14/2013 02:42:19 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glendale Heights |
| 112 | 71.201.62.211 | 4D372D322D322D2DC9640113A6669C15C757FD5E | BitTorrent 7.2.2 | 04/14/2013 02:32:54 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 113 | 98.222.78.168 | 4D372D382D302D2D17738D0666D3270C9C9B02BC | BitTorrent 7.8.0 | 04/14/2013 02:31:40 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Zurich |
| 114 | 98.220.27.62 | 2D5554333331422DFE72D0B1C502828C8A6BC7B0 | µTorrent 3.3.1 (Beta) | 04/14/2013 02:18:01 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 115 | 50.141.237.108 | 2D5452323737302D626D746B6A347977696D6473 | Transmission 2.77 | 04/14/2013 02:16:25 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evergreen Park |
| 116 | 24.12.169.177 | 4D372D372D332D2D22701BF9ADFA92816BAF2386 | BitTorrent 7.7.3 | 04/14/2013 02:15:33 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Orland Park |
| 117 | 98.206.134.211 | 2D5554333330302D6873BE81346EF02BD7626F96 | µTorrent 3.3.0 | 04/14/2013 02:11:21 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 118 | 67.163.40.5 | 2D5554323034302D8656476F2004D9EF9261735A | µTorrent 2.0.4 | 04/14/2013 02:01:52 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Belvidere |
| 119 | 76.16.185.139 | 2D5554333330302D6873412CE71849C6BFBF1A47 | µTorrent 3.3.0 | 04/14/2013 02:00:45 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evergreen Park |
| 120 | 98.215.196.215 | 2D5554333133302DD568521303300160A095B79B | µTorrent 3.1.3 | 04/14/2013 01:47:46 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 121 | 98.253.18.106 | 2D415A343930302D6C56334B35644B48614E6A39 | Vuze 4.9.0.0 | 04/14/2013 01:36:53 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Dekalb |
| 122 | 98.213.82.214 | 2D5452323631302D66337A326A32747031346477 | Transmission 2.61 | 04/14/2013 01:21:32 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 123 | 50.140.179.25 | 2D5554333231302D866DB819D9991F7F979B5A8C | µTorrent 3.2.1 | 04/14/2013 01:02:38 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bolingbrook |
| 124 | 98.206.245.136 | 2D5554333233302D217090D5A96006FA40341C98 | µTorrent 3.2.3 | 04/14/2013 12:59:17 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 125 | 98.213.25.27 | 2D5554333233302D2170EFA1B8CE5C3D4FDFF6C1 | µTorrent 3.2.3 | 04/14/2013 12:43:59 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Peru |
| 126 | 71.239.58.35 | 2D4243303133322DD57A3534158CC85D30B134CA | BitComet 1.32 | 04/14/2013 12:10:05 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 127 | 98.212.230.247 | 2D5554333233302D2170BD0BAAD9C04E6136E83A | µTorrent 3.2.3 | 04/14/2013 11:38:49 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 128 | 24.14.194.241 | 2D4C54304630302D2A714F34694B6B586B2A6756 | libtorrent (Rasterbar) 0.15.0 | 04/14/2013 11:27:48 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Harvey |
| 129 | 98.253.96.75 | 4D372D372D302D2D536593329715893384F25F6 | BitTorrent 7.7.0 | 04/14/2013 11:18:50 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 130 | 50.151.29.48 | 2D5554333330302D68736BF823A2E58FD48BB5B6 | µTorrent 3.3.0 | 04/14/2013 11:08:43 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 131 | 24.14.194.228 | 2D4C54304630302D66535956634571756A743028 | libtorrent (Rasterbar) 0.15.0 | 04/14/2013 11:13:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Harvey |
| 132 | 71.194.217.242 | 2D5554333233302D21709FE54AEBF0436E95C857 | µTorrent 3.2.3 | 04/14/2013 10:56:36 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bridgeview |
| 133 | 71.194.130.79 | 2D5554333233302D2170BDEB7A55FF92F0C8268F | µTorrent 3.2.3 | 04/14/2013 10:03:20 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 134 | 71.57.55.33 | 2D5554333231302D866DDCAB82C87609F1696985 | µTorrent 3.2.1 | 04/14/2013 09:26:45 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Naperville |
| 135 | 76.29.125.78 | 2D415A343930302D4C4254734139644D74697263 | Vuze 4.9.0.0 | 04/14/2013 07:59:51 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Waukegan |
| 136 | 76.29.68.179 | 2D415A343930302D6D31564374544B7576415446 | Vuze 4.9.0.0 | 04/14/2013 07:58:12 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Cicero |
| 137 | 67.175.181.242 | 2D415A343530342D473550583563D337356684874 | Vuze 4.5.0.4 | 04/14/2013 07:51:21 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 138 | 71.201.165.31 | 2D5554333233302D21704E760873A7C33AD1DD9A | µTorrent 3.2.3 | 04/14/2013 06:50:32 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |
| 139 | 24.15.130.119 | 2D554D318333302D92727C7569C2D550E2B2072F | µTorrent Mac 1.8.3 | 04/14/2013 06:37:09 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bolingbrook |
| 140 | 69.137.254.55 | 2D5554333231302D866DB7672F94D0C851FEA9BC | µTorrent 3.2.1 | 04/14/2013 06:34:53 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Waukegan |
| 141 | 98.193.44.46 | 2D415A343930302D4330725436476D506E6F476B | Vuze 4.9.0.0 | 04/14/2013 06:35:21 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mokena |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 142 | 71.228.13.26 | 2D5554323032302DC04C23S2428C6E4D9A73D819 | µTorrent 2.0.2 | 04/14/2013 06:25:29 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Wheaton |
| 143 | 67.175.133.30 | 2D415A343930302D376D42324E4C715063644249 | Vuze 4.9.0.0 | 04/14/2013 06:19:26 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 144 | 24.1.125.39 | 2D5554333233302D21701BB298CE3D420DD3A404 | µTorrent 3.2.3 | 04/14/2013 06:10:55 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Aurora |
| 145 | 50.158.7.83 | 2D415A343930302D4E386F355574494637344568 | Vuze 4.9.0.0 | 04/14/2013 06:03:42 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 146 | 24.1.218.190 | 2D5554333133302D476AA171A55A1ECB86BAD45C | µTorrent 3.1.3 | 04/14/2013 05:47:17 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lansing |
| 147 | 98.228.112.77 | 2D5554333330302D6873252CEB305BBE56EA99F2 | µTorrent 3.3.0 | 04/14/2013 05:34:34 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |