MA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 08 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TCYK, LLC

**Plaintiff(s)**

v.

Does 1-147

**Defendant(s)**

Case No. 1:13-cv-03834

J. Leinenweber

## Motion to Quash Subpoena

J. Doe #42 respectfully moves to quash the subpoena served on Comcast requesting Doe #42's personal information. In support thereof, Doe #42 states:

① Doe #42 has a wifi connection that is unsecured.

② Doe #42 has never even heard of Bittorrent or P2P until this lawsuit.

③ Can only presume that someone with this software downloaded data through the unsecured wifi.

Doe #42 respectfully requests that this Court quash the subpoena issued to Comcast with respect to Doe #42.

Respectfully submitted,

_J. Doe_
J. Doe #42