MA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED
AUG 08 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff TCYK, LLC )
v. )
) Case Number: 1:13-cv-03834
) Judge: HARRY D. LEINENWEBER
Defendant Does 1-147 )

**NOTICE OF MOTION**

TO: Michael A. Hierl
Hughes Socol Piers
Three First National Plaza, 70 W. Madison St.
Suite 4000
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Tuesday, August 13, 2013 at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Leinenweber or any judge sitting in his or her stead in **Courtroom** 1941 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion to Quash Subpoena

**CERTIFICATE OF SERVICE**

I hereby certify that on 8-8-13, I provided service to the person or persons listed above by the following means: First Class Mail

Signature: J Doe         Date: 8-8-13

Name (Print): J. Doe #42

Address: X         Phone: X